## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAKIDA HARRINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-2226-JAR |
| | ) |
| RENZENBERGER, INC.., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter comes before the court upon Joshua P. Wunderlich's Motion to Withdraw as Counsel for Plaintiff (ECF No. 17).

D. Kan. Rule 83.5.5(a) states that an attorney seeking to withdraw whose client will be left without counsel must file a motion that sets forth the reasons for withdrawal, provide evidence that notice was given to the client about certain case-related information, and serve the motion on the client and all other parties. The present motion and the separately-filed Return of Service substantially satisfy the D. Kan. Rule 83.5.5(a) requirements. Accordingly, the motion to withdraw is granted.

Ms. Harrington is put on notice that she is no longer represented by an attorney in this matter and is personally responsible for her case. In addition, Ms. Harrington must comply with all Rules of Civil Procedure. Particularly, D. Kan. Rule 5.1(d) requires a *pro se* party to notify the clerk of the court in writing of his address and telephone number and any changes thereafter. If Mr. Harrington wishes to register and have access to the court's Electronic Filing System, she must follow the instructions provided by the local rules and on the district's website (http://www.ksd.uscourts.gov/).

A copy of this order was mailed to Ms. Harrington by regular and certified mail at the residential address provided in the motion to withdraw.

Accordingly,

**IT IS THEREFORE ORDERED** that Joshua P. Wunderlich's Motion to Withdraw as Counsel for Plaintiff (ECF No. 17) is granted.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2017, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge